UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Irish Bank Resolution Corporation Limited v. Drumm        **Case/AP Number** 11-01266 **-FJB**
**Chapter**

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER TO SHOW CAUSE: In view of the denial of the Debtor's discharge, the exhaustion of appeals as to that denial, and the long dormancy of this adversary proceeding, the parties are hereby ORDERED TO SHOW CAUSE in writing, on or before July 14, 2017, why this adversary proceeding should not be dismissed as moot. If no response is filed, the Court will dismiss the adversary proceeding as moot without further process.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 06/26/2017

Frank J. Bailey
United States Bankruptcy Judge