UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Irish Bank Resolution Corporation Limited v. David Drumm

**Case/AP Number** 11-01266 -FJB
**Chapter**

#40 Order to Show Cause dated 6/26/2017

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER OF DISMISSAL:

Purusant to Fed. R. Civ. P. 41(a)(2), as made applicable to this proceeding by Fed. R. Bankr. P. 7041, and to this Court's Order to Show Cause of June 26, 2017 [Doc. #40], this adversary proceeding is hereby dismissed without prejudice and without costs to either party. Without limiting the generality of the foregoing, such dismissal is without prejudice to any rights that plaintiff Anglo Irish Bank Corporation Limited, now known as Irish Bank Resolution Corporation Limited (in Special Liquidation), has to pursue any claims it might have against defendant David K. Drumm, including with respect to any claims filed by plaintiff in the above-referenced Chapter 7 proceeding or the above-referenced adversary proceeding.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

Dated: 07/19/2017

Frank J. Bailey
United States Bankruptcy Judge